433 A.2d 530
Commonwealth v. Livingston, Appellant.

Argued November 11, 1980.   Vincent C. Murovich, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The judgment of sentence is affirmed.

433 A.2d 530
Commonwealth v. Lockwitch, Appellant.

Submitted March 21, 1980. Michael R. Muth, Assistant Public Defender, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.